AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**
APR 1 3 2020
@ 9:00 AM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

VOIP-PAL.COM, INC.,
*Plaintiff*

V.                                Civil Action No. **6:20-CV-00267**

FACEBOOK, INC., ET AL.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: Facebook, Inc.
c/o Corporation Service Company
211 East 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lewis E. Hudnell III
Hudnell Law Group P.C.
800 W. El Camino Real, Suite 180
Mountain View, CA 94040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/AKEITA MICHAEL
DEPUTY CLERK

*RETURN / AFFIDAVIT PROOF - ATTACHED*

ISSUED ON 2020-04-03 08:10:01

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00267

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __FACEBOOK, INC__
was received by me on *(date)* __4/13/2020__

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other (specify): _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:20-CV-00267

Plaintiff:
**VOIP-PAL.COM, INC.**

vs.

Defendant:
**FACEBOOK, INC., ET AL**

Received these papers on the 13th day of April, 2020 at 9:00 am to be served on **FACEBOOK, INC. care of its Registered Agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Tom Kroll, being duly sworn, depose and say that on the **13th day of April, 2020 at 10:35 am, I:**

hand delivered to **FACEBOOK, INC.** a true copy of this **Summons in a Civil Action with Civil Cover Sheet, Original Complaint for Patent Infringement, and Exhibits "1" & "2"**, by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY**, by and through its designated agent, **SAMANTHA GUERRA**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 13th day of April, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Tom Kroll
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2020001955
Ref: 1040107 / 108

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

