Matthias A. Kamber (SB # 232147)
matthiaskamber@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Robert W. Unikel (*pro hac vice*)
robertunikel@paulhastings.com
John A. Cotiguala (*pro hac vice*)
johncotiguala@paulhastings.com
Matthew R. Lind (*pro hac vice*)
mattlind@paulhastings.com
Grayson S. Cornwell (*pro hac vice*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

Attorneys for Interested Party
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., | CASE NO. 3:22-cv-04279-JD |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT PURSUANT TO PATENT LOCAL RULE 2-1(A)** |
| vs. | |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

*VoIP-Pal.com, Inc. v. Google LLC*, No. 3:22-cv-05419-AGT, is the sixth action to proceed in this Court regarding U.S. Patent No. 10,218,606 (the "'606 Patent"). It is the nineteenth action, and the second action against Google LLC ("Google"), to proceed in this Court regarding related or overlapping patents asserted by VoIP-Pal.com, Inc. ("VoIP-Pal"). Judge Donato is currently presiding over all other VoIP-Pal actions pending in this Court, including its other action against Google.

Google hereby notifies this Court regarding the following actions concerning the '606 Patent that were filed within two years of one another and that therefore may be deemed related in accordance with Patent L.R. 2-1(a): *VoIP-Pal.com, Inc. v. Google LLC*, No. 3:22-cv-05419-AGT (the "Google Action"); *VoIP-Pal.com, Inc. v. Meta Platforms, Inc.*, No. 4:22-cv-04279-JD (the "Meta Action"); *Twitter, Inc. v. VoIP-Pal.com, Inc.*, No. 3:20-cv-02397-JD (the "Twitter Action"); *Cellco P'ship v. VoIP-Pal.com*, No. 5:20-cv-03092-LHK (the "Verizon Action"); *Apple Inc. v. VoIP-Pal.com, Inc.*, No. 5:20-cv-02460-LHK (the "Apple Action"); and, *AT&T Corp. v. VoIP-Pal.com, Inc.*, No. 5:20-cv-02995-LHK (the "AT&T Action") (collectively, the "'606 Patent Actions"). Google has filed notices in these actions.

In 2020, VoIP-Pal asserted the '606 Patent in the Western District of Texas against Google and others.[1] On September 21, 2022, Judge Albright transferred the Google Action to this District, where the matter was assigned to Magistrate Judge Tse. *See* Dkts. 99, 101.

Also in 2020, Twitter, Verizon, Apple, and AT&T filed the above-listed declaratory judgment actions in this District concerning VoIP-Pal's assertion of the '606 Patent. Each such action was eventually assigned to Judge Koh, who had presided over six other VoIP-Pal litigations.[2] The Verizon, Apple, and AT&T Actions were dismissed before Judge Koh was confirmed to the

---

[1] One case concerning the '606 Patent is pending in the Western District of Texas, which is currently stayed pending the resolution of a motion to transfer to this Court. *See VoIP-Pal.com, Inc. v. Amazon.com, Inc. et al*, No. 6:20-cv-00272-ADA, Dkt. 77 (W.D. Tex. June 1, 2022).

[2] *See VoIP-Pal.com, Inc. v. Twitter, Inc.*, No. 5:18-cv-04523-LHK; *VoIP-Pal.com, Inc. v. Verizon Wireless Services, LLC et al*, No. 5:18-cv-06054-LHK; *VoIP-Pal.com, Inc. v. AT&T Corp.*, No. 5:18-cv-06177-LHK; *VoIP-Pal.com, Inc. v. Apple, Inc.*, No. 5:18-cv-06216-LHK; *VoIP-Pal.com, Inc. v. Apple, Inc.*, No. 5:18-cv-06217-LHK; *VoIP-Pal.com, Inc. v. Amazon.com, Inc. et al*, No. 5:18-cv-07020-LHK.

Ninth Circuit. But the Twitter Action was reassigned to Judge Donato where it remained pending until it was resolved in July 2022. *See* Twitter Action, Dkts. 103, 113. Judge Donato has been assigned to four VoIP-Pal actions that remain pending, including another VoIP-Pal action against Google.[3]

Under Patent Local Rule 2-1(a)(1), the Twitter, Verizon, Apple, AT&T, and Meta Actions may be deemed related to the Google Action because they all involve the same party (VoIP-Pal) asserting the same '606 Patent. The Twitter, Verizon, Apple, and AT&T Actions were declaratory judgment actions and were recently dismissed. But in an abundance of caution, in light of the apparent purposes underlying Patent L.R. 2-1(a),[4] Google submits this notice so that the Court may determine whether these actions will be deemed related. Google maintains, and does not waive, its right to seek a related case determination pursuant to Civil L.R. 3-12 if any actions referenced herein are not deemed related for the reasons set forth in this paragraph. *See* Patent L.R. 2-1(a)(5).

---

[3]   *See VoIP-Pal.com, Inc. v. Google, LLC*, No. 3:22-cv-03199-JD; *VoIP-Pal.com, Inc. v. Meta Platforms, Inc. et al*, No. 3:22-cv-03202-JD; *Twitter, Inc. v. VoIP-Pal.com, Inc.*, No. 3:21-cv-09773-JD; *Cellco P'ship v. VoIP-Pal.com, Inc.*, No. 3:21-cv-05275-JD. Each of these actions involves both U.S. Patent Nos. 10,880,721 and 8,630,234.

[4]   Google also believes that the Google Action should be related to at least *VoIP-Pal.com, Inc. v. Google, LLC*, No. 3:22-cv-03199-JD, currently pending before Judge Donato, because the two cases have complete party overlap and, based on discovery and disclosures to date, substantial witness, evidentiary, legal, and substantive overlap as well.

1   DATED:  October 12, 2022                Respectfully submitted,

2                                            PAUL HASTINGS LLP

3                                            By: */s/  Matthias A. Kamber*
                                                 Matthias A. Kamber (SB # 232147)
4                                                matthiaskamber@paulhastings.com
                                                 PAUL HASTINGS LLP
5                                                101 California Street, 48th Floor
                                                 San Francisco, CA 94111
6                                                Telephone: (415) 856-7000
                                                 Facsimile: (415) 856-7100
7
                                                 Robert W. Unikel (*pro hac vice*)
8                                                robertunikel@paulhastings.com
                                                 John A. Cotiguala (*pro hac vice*)
9                                                johncotiguala@paulhastings.com
                                                 Matthew R. Lind (*pro hac vice*)
10                                               mattlind@paulhastings.com
                                                 Grayson S. Cornwell (*pro hac vice*)
11                                               graysoncornwell@paulhastings.com
                                                 PAUL HASTINGS LLP
12                                               71 S. Wacker Drive, Suite 4500
                                                 Chicago, Illinois  60606
13                                               Telephone:  (312) 499-6000
                                                 Facsimile:  (312) 499-6100
14
                                                 Robert R. Laurenzi (*pro hac vice*)
15                                               robertlaurenzi@paulhastings.com
                                                 PAUL HASTINGS LLP
16                                               200 Park Avenue
                                                 New York, New York  10166
17                                               Telephone:  (212) 318-6000
                                                 Facsimile:  (212) 319-4090
18
                                                 Ariell N. Bratton (SB # 317587)
19                                               ariellbratton@paulhastings.com
                                                 Cole D. Malmberg (SB # 305250)
20                                               colemalmberg@paulhastings.com
                                                 PAUL HASTINGS LLP
21                                               4747 Executive Drive, 12th Floor
                                                 San Diego, CA 92121
22                                               Telephone: (858) 458-3000
                                                 Facsimile: (858) 458-3005
23
                                                 Attorneys for Interested Party
24                                               GOOGLE LLC

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 12th day of October 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF System on all counsel of record who are deemed to have consented to electronic service.

*/s/  Matthias A. Kamber*
Matthias A. Kamber

NOTICE OF OTHER ACTION
INVOLVING SAME PATENT

CASE NO. 3:22-cv-04279-JD