| | |
|---|---|
| 1   Lewis Emery Hudnell III (CA SBN 218736) | Ellisen S. Turner (SBN #224842) |
|       lewis@hudnelllaw.com | ellisen.turner@kirkland.com |
| 2   Nicolas S. Gikkas (CA SBN 189452) | Joshua Glucoft (SBN #301249) |
|       nick@hudnelllaw.com | josh.glucoft@kirkland.com |
| 3   HUDNELL LAW GROUP | Kevin X. Wang (SBN #318024) |
|       800 W. El Camino Real, Suite 180 | kevin.wang@kirkland.com |
| 4   Mountain View, CA 94040 | KIRKLAND & ELLIS LLP |
|       Telephone: (650) 564-3698 | 2049 Century Park East, 37th Floor |
| | Los Angeles, CA 90067 |
| | Tel: (310) 552-4200 |
| 6   Attorneys for Plaintiff | Fax: (310) 552-5900 |
|       VOIP-PAL.COM, INC. | |
| | Jeanne M. Heffernan (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 401 Congress Avenue Austin, TX 78701 |
| | Tel: (512) 678-9100 |
| | Fax: (512) 678-9101 |
| | jheffernan@kirkland.com |
| | |
| | Kristina R. Cary (*pro hac vice*) |
| | kristina.cary@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 200 Clarendon Street Boston, MA 02116 |
| | Tel: (617) 385-7500 |
| | Fax: (617) 385-7501 |
| | |
| | Karl Hanson (*pro hac vice*) |
| | karl.hanson@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Chicago, IL 60654 |
| | Tel: (312) 862-2000 |
| | Fax: (312) 862-2200 |
| | |
| | Attorneys for Defendants |
| | META PLATFORMS, INC. AND |
| | WHATSAPP LLC |
| | |
| | Matthias A. Kamber (SB # 232147) |
| | matthiaskamber@paulhastings.com |
| | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| | |
| | Robert W. Unikel (*pro hac vice*) |
| | robertunikel@paulhastings.com |
| | John A. Cotiguala (*pro hac vice*) |
| | johncotiguala@paulhastings.com |
| | Matthew R. Lind (pro hac vice) |
| | mattlind@paulhastings.com |
| | Grayson S. Cornwell (*pro hac vice*) |
| | graysoncornwell@paulhastings.com |

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION FOR JUDGMENT ON THE PLEADINGS BRIEFING SCHEDULE
Case Nos. 3:22-cv-04270-JD, 3:22-cv-5419-JD

1  
2  
3  
PAUL HASTINGS LLP  
71 S. Wacker Drive, Suite 4500  
Chicago, Illinois 60606  
Telephone: (312) 499-6000  
Facsimile: (312) 499-6100  

4  
5  
6  
7  
Robert R. Laurenzi (*pro hac vice*)  
robertlaurenzi@paulhastings.com  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
Telephone: (212) 318-6000  
Facsimile: (212) 319-4090  

8  
9  
10  
11  
12  
Ariell N. Bratton (SB # 317587)  
ariellbratton@paulhastings.com  
Cole D. Malmberg (SB # 305250)  
colemalmberg@paulhastings.com  
PAUL HASTINGS LLP  
4747 Executive Drive, 12th Floor  
San Diego, CA 92121  
Telephone: (858) 458-3000  
Facsimile: (858) 458-3005  

13  
Attorneys for Defendant  
GOOGLE LLC  

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. et al.<br><br>Defendants. | Case No. 3:22-cv-04279-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF MOTION FOR JUDGMENT ON THE PLEADINGS BRIEFING SCHEDULE**<br><br>**(CIVIL L.R. 6-1, 6-2, AND 7-12)**<br><br>Date: January 26, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: The Hon. James Donato |
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:22-cv-05419-JD<br><br>Date: January 26, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: The Hon. James Donato |

Under Local Rules 6-1, 6-2, and 7-12, Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Meta Platforms, Inc. and WhatsApp LLC (collectively "Meta") and Defendant Google LLC ("Google"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, Meta filed a Motion for Judgment on the Pleadings in Case No. 3:22-cv-4279-JD on November 11, 2022;

WHEREAS, Google filed a Motion for Judgment on the Pleadings in Case No. 3:22-cv-5419-JD on November 15, 2022;

1    WHEREAS, VoIP-Pal's response to the Meta Motion is currently due by November 25, 2022 and VoIP-Pal's response to the Google Motion is currently due by November 29, 2022,

WHEREAS, Meta's reply to VoIP-Pal's response is currently due by December 2, 2022 and Google's reply to VoIP-Pal's response is currently due by December 6, 2022;

WHEREAS, Meta does not oppose VoIP-Pal's request for a 14-day extension of time for the filing of VoIP-Pal's response from November 25, 2022 to December 9, 2022;

WHEREAS, Google does not oppose VoIP-Pal's request for a 10-day extension of time for the filing of VoIP-Pal's response from November 29, 2022 to December 9, 2022;

WHEREAS, VoIP-Pal does not oppose Meta's request for a 14-day extension for Meta's reply from December 16, 2022 (the reply deadline based on VoIP-Pal's new response deadline) to December 30, 2022;

WHEREAS, VoIP-Pal does not oppose Google's request for a 14-day extension for Google's reply from December 16, 2022 (the reply deadline based on VoIP-Pal's new response deadline) to December 30, 2022; and

WHEREAS, this extension of time will not alter the date of any event or any deadline that the Court has already fixed, including the hearing date for the Motions.

THEREFORE, IT IS HEREBY STIPULATED that VoIP-Pal shall have up to and including December 9, 2022 to file a response to Meta's and Google's Motions for Judgment on the Pleadings and Meta and Google shall have up to and including December 30, 2022 to file their reply to VoIP-Pal's response.  The parties respectfully jointly request that the Court issue an order modifying the motion briefing schedule in each case accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  November 23, 2022               HUDNELL LAW GROUP P.C.


                                        By:  /s/Lewis E. Hudnell, III
                                             Lewis E. Hudnell, III

                                        Attorney for Plaintiff
                                        VOIP-PAL.COM, INC.

Dated:  November 23, 2022               KIRKLAND & ELLIS LLP


                                        By:  /s/Kevin X. Wang (with permission)
                                             Kevin X. Wang

                                        Attorney for Defendants
                                        META PLATFORMS, INC. et al.

Dated:  November 23, 2022               PAUL HASTINGS LLP


                                        By:  /s/Matthias A. Kamber (with permission)
                                             Matthias A. Kamber

                                        Attorney for Defendant
                                        GOOGLE LLC

## ATTESTATION

Under Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Meta and Google.

Dated:  November 23, 2022                         HUDNELL LAW GROUP P.C.


                                                  By:  */s/Lewis E. Hudnell, III*
                                                       Lewis E. Hudnell, III

                                                  Attorney for Plaintiff
                                                  VOIP-PAL.COM, INC.

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
Hon. James Donato
United States District Court Judge