Lewis Emery Hudnell III (CA SBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CA SBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP
800 W. El Camino Real, Suite 180
Mountain View, CA 94040
Telephone: (650) 564-3698

Attorneys for Plaintiff
VOIP-PAL.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VOIP-PAL.COM, INC., | Case No. 3:22-cv-04279-JD |
|---|---|
| Plaintiff, | **DECLARATION OF LEWIS E. HUDNELL, III IN SUPPORT OF JOINT STIPULATION FOR EXTENSION OF MOTION FOR JUDGMENT ON THE PLEADINGS BRIEFING SCHEDULE** |
| v. | |
| META PLATFORMS, INC. et al. | |
| Defendants. | |
| | **(CIVIL L.R. 6-1, 6-2, AND 7-12)** |
| VOIP-PAL.COM, INC., | Case No. 3:22-cv-05419-JD |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

I, Lewis E. Hudnell, III, declare:

1. I am counsel for VoIP-Pal.com, Inc. ("VoIP-Pal") in the above captioned matter. I am a member in good standing of the bars of California and New York and am admitted to this Court. I am fully familiar with the facts set forth below and could testify competently thereto if called upon to do so.

2. I make this declaration in support of the parties' Joint Stipulation for Extension of Motion for Judgment on the Pleadings Briefing Schedule under Civil Local Rules 6-1(b), 6-2(a), and 7-7.

3. The parties stipulate that VoIP-Pal shall have up to and including December 9, 2022 to file a response to Meta's and Google's Motions for Judgment on the Pleadings. Meta and Google shall have up to and including December 30, 2022 to file its reply to VoIP-Pal's response. VoIP-Pal seeks an extension because of the complexity of issues raised by Meta's and Google's Motions. VoIP-Pal also requires the additional time in order to provide the Court with full and helpful briefing. Finally, VoIP-Pal seeks this extension of time because of conflicting deadlines VoIP-Pal has in other cases. Accordingly, VoIP-Pal seeks this short extension of time not for delay but for good cause and so that justice may be served.

4. This extension request will not affect any other scheduled dates or events in these actions.

5. Since these matters has been transferred to this District, the parties have not requested any time modifications:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2022, in Mountain View, California.

By:   /s/Lewis E. Hudnell, III
      Lewis E. Hudnell, III