# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 26, 2023                                          Judge: Hon. James Donato

Time: 10 Minutes

Case Nos.    **3:21-cv-09773-JD Twitter, Inc. v. Voip-Pal.com, Inc.**
             **3:22-cv-03199-JD Voip-Pal.com, Inc. v. Google, Inc.**
             **3:22-cv-03202-JD Voip-Pal.com, Inc. v. Meta Platforms, Inc. et al**
             **3:22-cv-04279-JD Voip-Pal.com, Inc. v. Meta Platforms, Inc. et al**
             **3:22-cv-05419-JD Voip-Pal.com, Inc. v. Google LLC**

Attorney for Plaintiff Voip-Pal.com, Inc.:    Lewis Hudnell

Attorneys for Defendants:    Matthias Kamber, Ellisen Turner, and Joseph Gooch

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

Voip will file by February 9, 2023, an answer to Twitter's first amended complaint.

With respect to the '234 and '721 patents, Twitter, Google, and Meta may file one joint motion for judgment on the pleadings by March 9, 2023. With respect to the '606 patent, Google and Meta may file one joint motion for judgment on the pleadings by March 9, 2023. Aside from the motions, the cases are stayed pending further developments in the Western District of Texas.

The five pending Voip cases are referred to Magistrate Judge Virginia DeMarchi for settlement discussions.