| | |
|---|---|
| Ellisen S. Turner (SBN #224842)<br>ellisen.turner@kirkland.com<br>Joshua Glucoft (SBN #301249)<br>josh.glucoft@kirkland.com<br>Kevin X. Wang (SBN #318024)<br>kevin.wang@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, 37th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 552-4200<br>Fax: (310) 552-5900<br><br>*[Additional counsel listed on signature page]*<br><br>Attorneys for Defendants<br>*Meta Platforms Inc. and WhatsApp LLC* | Matthias A. Kamber (SBN #232147)<br>matthiaskamber@paulhastings.com<br>PAUL HASTINGS LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Tel: (415) 856-7000<br>Fax: (415) 856-7100<br><br>Robert W. Unikel (*pro hac vice*)<br>robertunikel@paulhastings.com<br>PAUL HASTINGS LLP<br>71 S. Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Tel: (312) 499-6000<br>Fax: (312) 499-6100<br><br>*[Additional counsel listed on signature page]*<br><br>Attorneys for Defendant<br>*Google LLC* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>           Plaintiff,<br>      vs.<br><br>META PLATFORMS INC., et. al.,<br><br>           Defendants. | Case No. 3:22-cv-004279-JD |
| VOIP-PAL.COM, INC.,<br><br>           Plaintiff,<br>      vs.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No.: 3:22-cv-05419-JD |

**DEFENDANTS' JOINT RE-NOTICE OF HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**

Date: April 13, 2023
Time: 10:00 a.m.
Place: Courtroom 11, 19th Floor
Judge: The Hon. James Donato

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's March 6, 2023 Order at Dkt. 132 granting the parties' Joint Stipulation at Dkt. 131, Defendants Meta Platforms, Inc. and WhatsApp LLC and Google LLC re-notice the hearing on Defendants' Motion for Judgment on the Pleadings [Dkt. 130] to take place at 10:00 a.m. on **April 13, 2023**, in Courtroom 11, 19th floor, 450 Golden Gate Avenue, San Francisco, California, before the Hon. James Donato.

DATED: March 9, 2023

Respectfully submitted,

| PAUL HASTINGS LLP | KIRKLAND & ELLIS LLP |
|---|---|
| */s/ Matthias A. Kamber* | */s/ Joshua Glucoft* |
| Matthias A. Kamber (SBN #232147) | Ellisen S. Turner (SBN #224842) |
| matthiaskamber@paulhastings.com | ellisen.turner@kirkland.com |
| PAUL HASTINGS LLP | Joshua Glucoft (SBN #301249) |
| 101 California Street, 48th Floor | josh.glucoft@kirkland.com |
| San Francisco, CA 94111 | Kevin X. Wang (SBN #318024) |
| Telephone: (415) 856-7000 | kevin.wang@kirkland.com |
| Facsimile: (415) 856-7100 | KIRKLAND & ELLIS LLP |
| | 2049 Century Park East, 37th Floor |
| Robert W. Unikel (*pro hac vice*) | Los Angeles, CA 90067 |
| robertunikel@paulhastings.com | Tel: (310) 552-4200 |
| John A. Cotiguala (*pro hac vice*) | Fax: (310) 552-5900 |
| johncotiguala@paulhastings.com | |
| Matthew R. Lind (*pro hac vice*) | Jeanne M. Heffernan (*pro hac vice*) |
| mattlind@paulhastings.com | jheffernan@kirkland.com |
| Grayson S. Cornwell (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| graysoncornwell@paulhastings.com | 401 Congress Avenue |
| PAUL HASTINGS LLP | Austin, TX 78701 |
| 71 S. Wacker Drive, Suite 4500 | Tel: (512) 678-9100 |
| Chicago, IL 60606 | Fax: (512) 678-9101 |
| Telephone: (312) 499-6000 | |
| Facsimile: (312) 499-6100 | Kristina R. Cary (*pro hac vice*) |
| | kristina.cary@kirkland.com |
| Robert R. Laurenzi (*pro hac vice*) | KIRKLAND & ELLIS LLP |
| robertlaurenzi@paulhastings.com | 200 Clarendon Street |
| PAUL HASTINGS LLP | Boston, MA 02116 |
| 200 Park Avenue | Tel: (617) 385-7500 |
| New York, New York 10166 | Fax: (617) 385-7501 |
| Telephone: (212) 318-6000 | |
| Facsimile: (212) 319-4090 | *Attorneys for Defendants Meta Platforms Inc. and WhatsApp LLC* |
| Ariell N. Bratton (SBN #317587) | |
| ariellbratton@paulhastings.com | |

1  PAUL HASTINGS LLP
   4747 Executive Drive, 12th Floor
2  San Diego, CA 92121
   Telephone: (858) 458-3000
3  Facsimile: (858) 458-3005

4  *Attorneys for Defendant Google LLC*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION</u>**

Under Civ. Local Rule 5.1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Google LLC.

DATED: March 9, 2023                                          KIRKLAND & ELLIS LLP

By: <u>*/s/ Joshua Glucoft*    </u>
       Joshua Glucoft